IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARIA MENDOZA, an individual,                    No. 3:21-cv-01503-JR

                Plaintiff,                    ORDER

    v.

THE CITY OF PORTLAND, by and
through PORTLAND POLICE BUREAU, a
municipal corporation, PORTLAND POLICE
OFFICER JOHN DOE 1, in his individual and
official capacity, PORTLAND POLICE
OFFICER JOHN DOE 2, in his individual and
official capacity, and PORTLAND POLICE
OFFICER JANE DOE, in her individual and
official capacity,

                Defendants.

HERNÁNDEZ, District Judge:

       Magistrate Judge Russo issued a Findings and Recommendation on December 2, 2021, in

which she recommends that the Court grant Defendant's motion to dismiss count four of

Plaintiff's complaint. F&R, ECF 7. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [7]. Accordingly, Defendant's Partial Motion to Dismiss [3] is GRANTED.

IT IS SO ORDERED.

DATED: __January 10, 2022__.

MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER